# Third District Court of Appeal
## State of Florida

Opinion filed September 1, 2021.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D21-1487
Lower Tribunal No. F18-19585B

————————

**Yajer Lopez-Villatoro,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Richard Hersch, Judge.

Yajer Lopez-Villatoro, in proper person.

Ashley Moody, Attorney General, for appellee.

Before LOGUE, SCALES, and LINDSEY, JJ.

PER CURIAM.

Affirmed.